559 A.2d 789

ATTORNEY GRIEVANCE COMMISSION OF MARYLAND

v.

David Paul REUWER.

Misc. (Subtitle BV) No. 6, Sept. Term, 1989.

Court of Appeals of Maryland.

June 29, 1989.

## ORDER

This matter came before the Court on the joint petition of the Attorney Grievance Commission of Maryland and Respondent to place Respondent on indefinite suspension.

It is this 29th day of June, 1989

ORDERED, that Respondent, David Paul Reuwer, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland effective immediately.